JOSEPH S. ACKER v. SAMUEL V. BLACKSTONE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOHN E. GERLACH REALTY COMPANY v. PLACID REALTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FRANK DAVID and Others, as Executors, v. ETHEL ISMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MARGUERITE E. SPRAGUE v. SHIRLEY E. SPRAGUE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMELIA JAEGER v. JOHN T. WALDRON and Others, as Surveyors, etc., and Others.— Motion to dismiss writ granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MORRIS LIEBERMAN v. DAVID MAYER BREWING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

AMERICA E. MANNARINO v. VINCENT MANNARINO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT ADAMSON, as Fire Commissioner, v. RUDOLPH P. MILLER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MARIE L. WILSON v. OTTO J. SCHULTZ, JR.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

WILLIAM M. VARLEY v. WAYNE OIL TANK AND PUMP COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

EDWARD S. BURKE v. WILLIAM A. WILLIAMSON and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOHN F. DOYLE and Others v. CLEMENT MARCH.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JULIAN HARTRIDGE v. PENNSYLVANIA RAILROAD COMPANY and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

IMPERIAL PRODUCTS COMPANY, INC., v. CAPITOL CHEMICAL COMPANY.— Application granted. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.